# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

KEVIN E. SNIDER,

   Plaintiff,

   v.

CORIZON *(The Corp. Trust Inc.)* and
HOLLY PIERCE, *NBCI*,

   Defendants.

Civil Action No. TDC-19-3484

# ORDER

On September 2, 2020, the Court directed Kevin Snider, who is confined at North Branch Correctional Institution, to amend his Complaint within 28 days to explain how Defendant Corizon's conduct in regard to his allegations was part of Corizon's official policy or custom, or by adding as Defendants specific members of the prison medical staff whom he believes were responsible for failing to provide him with necessary medical treatment. Order, ECF No. 6. Snider was also directed to add allegations establishing how Defendant Pierce was responsible for his medical treatment. In that Order, the Court cautioned Snider that failure timely to file an Amended Complaint might result in dismissal of his case without further notice. That deadline has passed, and Snider has not filed an Amended Complaint.

Accordingly, it is hereby ORDERED that:

1. Snider's Motion for Leave to Proceed in Forma Pauperis, ECF No. 2, is GRANTED.

2. The case is DISMISSED WITHOUT PREJUDICE.

3. The Clerk shall MAIL a copy of this Order to Snider.

4. The Clerk shall CLOSE this case.

Date: January 15, 2021

   /s/ *Theodore D. Chuang*
THEODORE D. CHUANG
United States District Judge